# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thapar, Amul R. | U.S. Court of Appeals for the Sixth Circuit | 5/10/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court
35 W. Fifth Street
Covington, Kentucky 41011

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | National Advisory Council | North American South Asian Bar Association |
| 2. | Board Member | Heyburn Initiative for Judicial Excellence |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Chase College of Law Northern Kentucky University (Adjunct Professor) | $10,000.00 |
| 2. | 2017 | University of Virginia Law School | $4,000.00 |
| 3. | 2017 | Vanderbilt University Law School | $10,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-employed Real Estate Agent -- commissions on sales and rentals |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt University Law School | 1/10/17 to 1/11/17 | Nashville, TN | Speaker | Travel, meals, hotel |
| 2. | University of Virginia Law School | 1/15/17 to 1/19/17 | Charlottesville, VA | Teaching | Travel, meals, hotel |
| 3. | Yale Law School and Yale Federalist Society | 2/10/17 to 2/12/17 | New Haven, CT | Moderator | Travel, meals, hotel |
| 4. | University of Virginia Law School | 2/24/17 to 2/26/17 | Charlottesville, VA | Moot Court | Travel, meals, hotel |
| 5. | Vanderbilt University Law School | 3/22/17 to 3/26/17 | Nashville, TN | Teaching | Travel, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 5/10/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Yale Law School | 4/18/17 to 4/19/17 | New Haven, CT | Moot Court | Travel, meals, hotel |
| 7. | Federalist Society | 7/13/17 to 7/16/17 | Washington, D.C. | Speaker | Travel, meals, hotel |
| 8. | Federalist Society Young Lawyers of DC | 9/6/17 to 9/7/17 | Washington, D.C. | Q&A with former Law Clerk | Travel, meals, hotel |
| 9. | APABA of Ohio | 9/8/17 | Columbus, OH | Panelist | Travel and meal |
| 10. | Kentucky Federalist Society | 9/14/17 | Frankfort, KY | Panelist | Travel and meal |
| 11. | BOST Health Policy Forum | 9/24/17 to 9/25/17 | Lexington, KY | Speaker | Travel, meals, hotel |
| 12. | Yale Federalist Society | 9/28/17 to 9/29/17 | New Haven, CT | Speaker | Travel, meals, hotel |
| 13. | Vanderbilt Law Review | 10/12/17 to 10/13/17 | Nashville, TN | Panelist | Travel, meals, hotel |
| 14. | Pennsylvania University Federalist Society | 10/17/17 | Philadelphia, PA | Speaker | Travel and meals |
| 15. | Harvard Federalist Society and American Constitution Society | 10/17/17 to 10/18/17 | Boston, MA | Speaker | Travel, meals, hotel |
| 16. | Federalist Society | 11/15/17 to 11/19/17 | Washington, D.C. | Moderator | Travel, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 5/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One | A | Interest | K | T | | | | | |
| 2. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. TD Bank USA (Ameritrade Money Market) | A | Interest | K | T | | | | | |
| 4. Fifth Third Bank (Checking Acct.) | A | Interest | J | T | | | | | |
| 5. Paypal Inc. (Money Market) | A | Interest | J | T | | | | | |
| 6. Scottrade Cash Account (X) | A | Int./Div. | J | T | | | | | |
| 7. Under Armour (UA) Common | | None | J | T | | | | | |
| 8. Nuance Comm. Inc. (NUAN) Common | | None | J | T | | | | | |
| 9. Google (GOOG) Common | | None | J | T | | | | | |
| 10. Alphabet Inc. (GOOGL) Common (X) | | None | J | T | | | | | |
| 11. Tesla Corp. (TSLA) Common | | None | J | T | | | | | |
| 12. Kinder Morgan (KMI) Common | A | Dividend | J | T | | | | | |
| 13. Nike Inc. (NKE) Common | A | Dividend | J | T | | | | | |
| 14. Borg Warner (BWA) Common | A | Dividend | J | T | | | | | |
| 15. BJ Restaurants, Inc, (BJRI) Common | | None | J | T | | | | | |
| 16. Polaris Industries (PII) Common | A | Dividend | J | T | | | | | |
| 17. Chipotle Mexican Grill Inc. (CMG/B) Common | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Disney Corp (DIS) Common | A | Dividend | J | T | | | | | |
| 19. Activision Blizzard, Inc. (ATVI) Common | A | Dividend | J | T | | | | | |
| 20. Whole Foods Market (WFM) commmon | A | Dividend | | | Closed | 08/25/17 | J | | |
| 21. Vail Resorts (MTN) Common | A | Dividend | J | T | | | | | |
| 22. Urban Outfitters (URBN) Common | | None | J | T | | | | | |
| 23. Texas Roudhouse (TXRH) Common | A | Dividend | J | T | | | | | |
| 24. Starbucks (SBUX) Common | A | Dividend | J | T | | | | | |
| 25. Sierra Wireless (SWIR) Common | | None | J | T | | | | | |
| 26. Match Group (MTCH) Common | | None | J | T | | | | | |
| 27. Gilead Sciences (GILD) Common | A | Dividend | J | T | | | | | |
| 28. Fannie Mae (FNM) Common (Y) | | | | | | | | | |
| 29. Facebook (FB) Common | | None | J | T | | | | | |
| 30. Hasboro Corp. (HAS) Common | A | Dividend | J | T | | | | | |
| 31. National Grocers by Vitamin Cottage (NGVC) Common | | None | J | T | | | | | |
| 32. Apple Inc. (AAPL) Common | A | Dividend | J | T | | | | | |
| 33. Berkshire Hathaway Inc. Del Class B (BRK.B) Common | | None | K | T | | | | | |
| 34. Costco Wholesale Corp. (COST) Common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 5/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Exxon Mobil Corp (XOM) Common | A | Dividend | J | T | | | | | |
| 36. Flamel Tech Spon ADR (FLML) Common | | None | J | T | | | | | |
| 37. Markel Corp. (MKL) Common | | None | J | T | | | | | |
| 38. Buffalo Wild Wings (BWLD) Common | | None | J | T | | | | | |
| 39. Altria Group Inc. (MO) Common | A | Dividend | J | T | | | | | |
| 40. Chesapeake (CHK) (Y) | | | | | | | | | |
| 41. Federated Investors Inc. (FII) Common | A | Dividend | J | T | | | | | |
| 42. Phillip Morris International (PM) | A | Dividend | J | T | | | | | |
| 43. Generac Holdings (GNRC) Common | | None | J | T | | | | | |
| 44. Mastercard (MA) Common | A | Dividend | J | T | | | | | |
| 45. McDonalds (MCD) Common | A | Dividend | J | T | | | | | |
| 46. National Oilwell Varco, Inc. (NOV) Common | A | Dividend | J | T | | | | | |
| 47. The Container Store (TCS) Common (Y) | | | | | | | | | |
| 48. Diplomat Pharmacy Inc (DPLO) Common | | None | J | T | | | | | |
| 49. Mylan NV SHS Euro (MYL) Common | | None | J | T | | | | | |
| 50. Leucadia National Corp (LUK) Common | A | Dividend | J | T | | | | | |
| 51. Trip Advisor (TRIP) Common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 5/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Casey's General Store, Inc. (CASY) Common | A | Dividend | J | T | | | | | |
| 53. Anheuser-Busch Inbev (BUD) Common | A | Dividend | J | T | | | | | |
| 54. Nvidia (NVDA) Common | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 55. Vanguard 500 Index Funds | A | Dividend | J | T | | | | | |
| 56. Vanguard Windsor Portfolio | A | Dividend | K | T | | | | | |
| 57. Vanguard Value Index Portfolio | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 5/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Vanguard Windsor and Value funds are part of a 529 plan. We invest monthly in the plans, but the monthly amounts invested are less than the reporting requirement.

       have Scottrade accounts for their Education IRA. These accounts are now owned by TD Ameritrade (as of February 17, 2018).

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 5/10/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amul R. Thapar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544